*v Employers Reinsurance Corp.,* 84 AD2d 933). The reasonableness of the delay in giving notice is ordinarily a question for the fact-finder; it is only where no excuse is offered for the delay that the court may find, as a matter of law, that the delay was unreasonable *(see, Deso v London & Lancashire Indem. Co.,* 3 NY2d 127, 129-130; *Hartford Acc. & Indem. Co. v CNA Ins. Cos., supra,* at 313).

In the instant case, although no excuse was shown for the insured's failure to give written notice sooner than 2½ years after the accident, the issue is whether the injured third persons could have, under all the circumstances, reasonably given notice within that period. Resolution of that issue requires consideration of when the injured person knew or should have known of the fact of coverage and the identity of the insurer *(see, Jenkins v Burgos, supra; Allstate Ins. Co. v Moon,* 89 AD2d 804, 805; *Lauritano v American Fid. Fire Ins. Co.,* 3 AD2d 564, 568-569, *affd* 4 NY2d 1028). In moving for summary judgment, plaintiffs failed to present evidentiary facts sufficient to enable the court to assess the diligence and reasonableness of their conduct for the entire period from the date of the accident to the date notice was given by the insured. Plaintiffs, having failed to negate the existence of triable issues of fact, were not entitled to judgment as a matter of law *(see, Zuckerman v City of New York,* 49 NY2d 557, 562). Because there are factual issues on the reasons for the delay in giving notice, the court properly denied Allstate's cross motion for summary judgment. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Declaratory Judgment.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ DAVID R. BREMER et al., Appellants, v TOWN OF AMHERST et al., Appellants, and CHRISTOPHER BUTTS, Respondent. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sedita, J. (Appeal from Order of Supreme Court, Erie County, Sedita, J.—Summary Judgment.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ DAVID R. BREMER et al., Plaintiffs, v TOWN OF AMHERST et al., Appellants, and CHRISTOPHER BUTTS, Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sedita, J. (Appeal from Order of Supreme Court, Erie County, Sedita, J.—Summary Judgment.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.